MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
APRIL 3, 2008

| HON. LEO S. PAPAS | DEPUTY CLERK: J. JARABEK |
|---|---|

08MJ0882-LSP    USA    VS    JOSE GILBERTO MARTINEZ(1/C/ENG)07912298

```
                    1: LEILA MORGAN
                    AUSA: JAMES MELENDRES
```

REMOVAL/ID HEARING
================================================================
PCL08:1052-1055


DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 5(c) & 5.1(a) FILED
COURT ORDERS DEFT REMOVED FORTHWITH

WARRANT OF REMOVAL SUBMITTED

FINANCIAL AFFIDAVIT FILED
COURT AFFIRMS APPOINTMENT OF FEDERAL DEFENDERS AS COUNSEL